UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Tyee Burke,

                    Plaintiff(s),

v.                                           Case No. 2:11-cv-13541-LPZ-RSW
                                           Hon. Lawrence P. Zatkoff

St. John Health-Providence
Hospital, et al.,

                    Defendant(s).

**NOTICE OF REMAND**

TO:  Wayne County Circuit Court

    Enclosed are certified copies of the Order of Remand and this Court's docket sheet.

    Please acknowledge receipt of these documents by returning a time-stamped copy of this Notice to:

                Clerk's Office
                U.S. District Court for the Eastern District of Michigan
                231 W. Lafayette Blvd., 5th Floor
                Detroit, MI
                48226
                (313) 234-5005

**Certification**

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                          DAVID J. WEAVER, CLERK OF COURT

                                          By: s/ D. Peruski
                                                Deputy Clerk

Dated:  February 21, 2012