UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Tyee Burke,

                Plaintiff(s),

v.

St. John Health-Providence
Hospital, et al.,

                Defendant(s).

Case No. 2:11-cv-13541-LPZ-RSW
Hon. Lawrence P. Zatkoff



## NOTICE OF REMAND

TO: Wayne County Circuit Court

Enclosed are certified copies of the Order of Remand and this Court's docket sheet.

Please acknowledge receipt of these documents by returning a time-stamped copy of this Notice to:

    Clerk's Office
    U.S. District Court for the Eastern District of Michigan
    231 W. Lafayette Blvd., 5th Floor
    Detroit, MI
    48226
    (313) 234-5005

### Certification

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

DAVID J. WEAVER, CLERK OF COURT

By: s/ D. Peruski
     Deputy Clerk

Dated: February 21, 2012